# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **STATE FARM FIRE AND CASUALTY COMPANY** )<br>)<br>) | |
| Plaintiff, )<br>) | |
| ) | **Case Number: 1:17-cv-00667-SGC** |
| **FREIDA GARRETT, ISAIAH S. MCMILLIAN, AND DITECH FINANCIAL LLC,** )<br>)<br>)<br>) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff State Farm Fire and Casualty Company ("State Farm") and Defendant Ditech Financial LLC ("Ditech"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate that the above-styled case is due to be dismissed, the parties to bear their respective costs and fees.

Ditech, the only Defendant that has filed an Answer to the above-styled case, further stipulates that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and 41(c) the Cross-Claim Complaint filed May 24, 2017 in this matter is also due to be dismissed, the parties to bear their respective costs and fees.

Respectfully submitted this 22nd day of June, 2017.

                                      *s/ Latanishia D. Watters*
                                      Latanishia D. Watters (ASB-1576-A37W)
                                      *Attorney for Plaintiff State Farm*
                                      *Fire and Casualty Company*

**OF COUNSEL:**
Hand Arendall
1801 5th Avenue North,
Suite 400
Birmingham, AL 35203
Telephone: 205-324-4400
Facsimile:  205-322-1163
E-Mail: lwatters@handarendall.com

                                      *R. Austin Huffaker*
                                      R. AUSTIN HUFFAKER (ASB-3422-F55R)
                                      Attorney for Ditech Financial LLC

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
     GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101
(334) 206-3126    Telephone:
(334) 481-0815    Facsimile
E-mail:     rah2@rsjg.com

1235704

2