# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| FREIDA GARRETT, et al., | ) ) ) |
| Defendants. | ) |

Case No.: 1:17-cv-00667-SGC

## DISMISSAL ORDER

On June 22, 2017, a joint stipulation of dismissal was filed, signed by State Farm Fire and Casualty Company and Ditech Financial, LLC, the only parties which have appeared in the above-captioned matter. (Doc. 10). The joint stipulation also includes a notice of dismissal of all claims and crossclaims asserted against Freida Garrett and Isaiah S. McMillian, the non-appearing defendants/cross-claim defendants. Accordingly, all claims asserted in this matter are **DISMISSED WITH PREJUDICE**. FED. R. CIV. P. 41(a)(1)(A). The parties shall bear their respective costs.

**DONE** this 26th day of June, 2017.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE